■ 360 OWNERS CORP., Appellant, v ALEC H. DIACOU et al., Respondents.—Order, Appellate Term of the Supreme Court, First Department, entered on May 7, 1990, which reversed an order of the Civil Court, New York County (Richard Lane, J.), entered on or about January 26, 1989, unanimously reversed, with costs, for the reasons stated in the dissenting opinion of Edith Miller, J., at the Appellate Term. No opinion. Concur—Sullivan, J. P., Carro, Kupferman, Ross and Rubin, JJ.

■ In the Matter of CHRISTOPHER T. RAGUCCI, a Suspended Attorney, for Reinstatement.—Application for reinstatement granted only insofar as to refer the application to the Departmental Disciplinary Committee for a hearing, as indicated in the order of this Court. Concur—Carro, J. P., Milonas, Ellerin, Wallach and Kassal, JJ.

■ In the Matter of JONATHAN B. ALTSCHULER, a Suspended Attorney.—Motion granted and respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. Concur—Sullivan, J. P., Asch, Kassal, Smith and Rubin, JJ. (Order entered Feb. 25, 1991.)